April 16, 2002

Professor Richard A. Williamson          Elizabeth Oyster, Esq.
College of William and Mary              Geronimo Development Corp.
Williamsburg, Virginia 23185             606 25th Avenue, South
                                         Suite 201
Mr. David M. George                      St. Cloud, Minnesota  56301
Government Relations Contracts
D5-20                                    Mead Data Central, Inc.
West Group                               Legal Data Collections
610 Opperman Drive                       8891 Gander Creek Drive
Eagan, Minnesota 55123                   Miamisburg, Ohio 45342

Paul Fletcher, Publisher
Virginia Lawyers Weekly
106 North Eighth Street
Richmond, Virginia 23219

          Re:  Paul Trevor Asby
               v. Commonwealth of Virginia
               Record No. 0176-00-1

Gentlemen and Ms. Oyster:

     I am enclosing to you a copy of an order entered by this
Court in the above-referenced case on April 16, 2002.  The Court
has directed that this order be published in the appropriate
volumes.  I appreciate your cooperation in ensuring that
publication is accomplished.


                         Sincerely,


                         Marty K. P. Ring
                         Deputy Clerk

MKPR:mfr
Enclosure


- 1 -

Tuesday          16th

April, 2002.


Paul Trevor Asby,                                    Appellant,

 against      Record No. 0176-00-1
              Circuit Court No. CR96001390

Commonwealth of Virginia,                            Appellee.


Upon Remand from the Supreme Court of Virginia


In accordance with the order of the Supreme Court of Virginia entered on October 18, 2001, the opinion previously rendered by this Court on January 9, 2001 is withdrawn and the mandate entered on that date is vacated.  This Court's order entered on May 29, 2001 is also vacated.

As further directed by the order of the Supreme Court, and in accordance with the decision of that Court in Commonwealth v. Southerly, 262 Va. 294, 551 S.E.2d 650 (2001), the case is hereby transferred to the Supreme Court of Virginia pursuant to Code § 8.01-677.1.

This order shall be published.

A Copy,

Teste:

Cynthia L. McCoy, Clerk

By:

Deputy Clerk


- 2 -